No. 85–6882. VETETO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6883. BUCKMORE v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–6892. IBEMESI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–6893. BABICH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6897. CLARK v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 85–6901. THOMAS v. CITY OF DALLAS POLICE DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6903. BARBOUR v. HOLLAND, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6904. STRICKLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6906. GAUGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6909. KLAVER v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 85–6915. LAFIURA v. DEROBERTIS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–6916. WILLIAMS v. NELLO L. TEER CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6919. JOHNSON v. COSTA. C. A. 5th Cir. Certiorari denied.

No. 85–6920. CURREY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 85–6921. BLAKEWOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6926. BECKER v. GOVERNMENT OF BRAZIL ET AL. C. A. 2d Cir. Certiorari denied.